UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-23127 |
| Christopher Upshaw ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN, the Court being advised in the premises, and due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

1. The current plan payment default is deferred to the end of the plan.

2. The plan base remains the same.

3. Section 3.3 of the plan is modified to remove the set monthly payment to Americredit/GM in the amount of $749 and to remove the set monthly payment to Wells Fargo Dealer Srvs in the amount of $215.13. Americredit/GM and Wells Fargo Dealer Srvs are to be paid pro rata to accelerate payment to these creditors.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 10, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600